FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 4 2012

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

1:12CR0053

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION __Atlanta__
(USAO 2011R00438)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: _____

DISTRICT COURT NO. _____

MAGISTRATE CASE NO. _____

__X__ Indictment   ___ Information   ___ Magistrate's Complaint

DATE: 2-14-12   DATE:   DATE:

| UNITED STATES OF AMERICA vs. Lawrence Kenneth Swenson, Jr. | SUPERSEDING<br>Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
__x__ Felony   ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __X__ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____   Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes   ___ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.: Brian Pearce<br>DEFT'S ATTY: _____ |
|---|---|

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BY: __Brian Pearce__
    Assistant United States Attorney

DATE: __2-14-12__