U.S. Department of Justice
United States Attorney
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

# United States District Court
## NORTHERN DISTRICT OF GEORGIA
Atlanta Division

FEB 1 4 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States

v.

LAWRENCE KENNETH SWENSON, JR.

No. 1:12CR0053

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
Brian M. Pearce
Assistant United States Attorney

ISSUED AND DELIVERED
TO U.S. MARSHALL
2/15/2012
BY: _____ DEPUTY CLERK

Filed In Clerk's Office, this _____

of _____, 20 _____

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev 08/06/87)
N D Ga 08/26/94